**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0549-19

K.P., on behalf of minor
child, I.M.,

     Petitioner-Appellant,

v.

BOARD OF EDUCATION OF
THE TOWNSHIP OF SADDLE
BROOK, BERGEN COUNTY
AND DANIELLE SHANLEY,
SUPERINTENDENT,

     Respondents-Respondents.

_____

Submitted February 22, 2021 – Decided March 11, 2021

Before Judges Currier and DeAlmeida.

On appeal from the New Jersey Commissioner of Education, Docket No. 17-1/19.

K.P., appellant pro se.

Machado Law Group, attorneys for respondent Township of Saddle Brook, Bergen County and Danielle Shanley, Superintendent (Jessika Kleen, on the brief).

Gurbir S. Grewal, Attorney General, attorney for respondent Commissioner of Education (Michal Czarnecki, Deputy Attorney General, on the statement in lieu of brief).

PER CURIAM

The parties have advised the court this matter has been amicably resolved and have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0549-19